# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### Northern Division

UNITED STATES OF AMERICA

v.                                          **CRIMINAL COMPLAINT**

**GEORGE SYLVESTER FRINK, Jr.**              CASE NUMBER: 13-2546 BPG

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 25, 2013, in Baltimore County, in the District of Maryland, the defendant did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance,

in violation of Title 21 United States Code, Section 841.

I further state that I am a Special Agent of the Drug Enforcement Administration, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

_____
Thomas Martin
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

October 28, 2013                        at Baltimore, Maryland.
Date and Time Issued

_____
Honorable Beth P. Gesner
U.S. Magistrate Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

THOMAS MARTIN, a Special Agent with the Drug Enforcement Administration, being duly sworn, deposes and states:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code, that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in 18 U.S.C. 2516.

2. I have been employed as a Special Agent with the DEA since May 1988. Since becoming an employee of DEA I have participated in numerous investigations regarding the Controlled Substances Act. I have participated in the recovery of substantial quantities of narcotics, paraphernalia, and financial proceeds related to drug activity. I have also participated in numerous surveillance operations of Title 21 U.S.C. violators. I have participated in Title III operations, comprising of surveillance operations, monitoring wire interceptions, and analyzing telephone records. Through my training and experience I have become familiar with the manner in which illegal drugs are transported, stored, and distributed, and with the method of payment for such drugs.

3. This affidavit is being submitted in support of a complaint charging George Sylvester FRINK, Jr., with possession of approximately 15 kilograms of cocaine, in violating 21 U.S.C. § 841.

4. On October 25, 2013, agents conducted a surveillance of George Sylvester FRINK, Jr. at 11711 Reisterstown Road, Reisterstown, MD. The following observations were noted:

- 11:32 AM - FRINK arrived at the residence driving a Mercedes Benz bearing a Maryland interchangeable dealer license plate 2A10440. He got out of the vehicle and entered the residence.
- 1:22 PM – FRINK exited the residence wearing a dark hooded sweatshirt and walked out of view toward Reisterstown Road.

1

- 1:26 PM – FRINK returned into view carrying a large brown cardboard box to the rear of the Mercedes Benz and appeared to place it into the trunk of the Mercedes Benz. FRINK then entered the residence.
- 1:34 PM – FRINK left the residence, entered the Mercedes Benz, and drove away.

5. Later the same day, agents conducted a surveillance of George Sylvester FRINK, Jr., at 8 Church Lane, Pikesville, MD. The following observations were noted:

- 2:41 PM – The Mercedes Benz bearing MD Tag 2A10440 arrived at 8 Church Lane. FRINK got out of the vehicle and opened the gate to the rear parking area. FRINK drove into the enclosed area and closed the gate. FRINK then parked behind the Cadillac Escalade bearing MD Tag 2A10439.
- 2:45 PM – FRINK entered the driver's side of the Cadillac Escalade.
- 2:46 PM – FRINK opened the trunk of the Mercedes Benz and the large brown cardboard box was visible in the trunk. FRINK opened the cardboard box and withdrew an orange colored five-gallon bucket. The bucket appeared to be heavy or weighted. Also in the box was foam packing peanuts. FRINK removed the lid of the five-gallon bucket and withdrew a solid rectangular white object. He placed the white object into the pouch-pocket of his hooded sweatshirt. He put the lid on the five-gallon bucket and closed the truck. FRINK briefly entered the Cadillac Escalade, and then exited the Escalade and crawled under the rear of the vehicle as he appeared to be searching for something.
- 2:54 PM – FRINK entered the Cadillac Escalade and drove off the premises.
- 3:15 PM – FRINK returned to the premises at 8 Church Lane.
- 3:27 PM – FRINK exited the Escalade and approached the Mercedes Benz. FRINK opened the trunk to the Mercedes Benz and removed the orange five-gallon bucket from a cardboard box. Frick then entered the Escalade with the orange five-gallon bucket. For the next several minutes FRINK appeared to make arm movements and lunges toward the center console or center of the vehicle.
- 3:34 PM – FRINK exited the Escalade and entered the Mercedes Benz. The bucket remained in the Escalade. FRINK drove the Mercedes Benz sedan off the premises and out of the area.

6. At approximately 6:00 pm, U.S. Magistrate Judge Susan Gauvey issued a search warrant which authorized the search of a 2007 Cadillac bearing Maryland interchangeable license plate 2A10439, which was recently being operated by George Sylvester FRINK. The warrant also authorized federal agents to enter the parking lot of 8 Church Lane, Pikesville, MD where the 2007 Cadillac Escalade was parked. Maryland license 2A10439 is registered to GSF ENTERPRISES LLC, which is a business entity owned by George Sylvester FRINK, Jr.

7. At approximately 6:05 pm, agents were conducting surveillance of 8 Church Lane prior to the execution of the search warrant. At this time, agents observed FRINK enter the rear parking lot of 8 Church Lane. FRINK then opened the driver's door of the black Cadillac Escalade that was parked at the rear of the building. FRINK then walked to a nearby dumpster and discarded a brown cardboard box.

8. Shortly thereafter, FRINK entered a 2008 Mercedes Benz bearing Maryland license plate 2A10440, which is an interchangeable dealer tag registered to GSF Enterprises, LLC. As he attempted to leave 8 Church Lane, FRINK was stopped by agents and detained until the search of the 2007 Escalade was conducted. A subsequent search of FRINK'S person resulted in the seizure of the Maryland Motor Vehicles Administration registrations for Maryland dealer license plates 2A10439 and 2A10440.

9. At approximately 7:00 pm, a Baltimore County Police Department officer and drug detection canine conducted a scan of the outside of the 2007 Cadillac Escalade and the 2008 Mercedes Benz. The canine signaled a positive alert for the presence of controlled dangerous substances for both the Cadillac Escalade and the Mercedes sedan.

10. Agents then searched the Cadillac Escalade and found a cardboard box in the middle of the second row center passenger area. This box contained an orange colored five-gallon bucket surrounded by bubble wrap and foam packing peanuts. Secreted within the five-gallon bucket were seven rectangular blocks of compressed white powder; packed with fragranced sheets of fabric softener and carbon paper. A similar empty, orange colored, five-gallon bucket was observed in plain view, and recovered from the second row passenger seat. This orange bucket contained similar carbon paper and fragranced fabric softener dryer sheets as those contained in the bucket containing the seven blocks of compressed white powder. Based on my training and experience, I know that it is common for drug traffickers to use dryer sheets and carbon paper to conceal the smell of drugs.

11. While searching the center console area of the driver's side of the vehicle, agents discovered an electronically activated concealed compartment. Located within this compartment were seven additional rectangular blocks of compressed white powder. Also recovered from the concealed compartment was a white piece of paper with handwritten numbers; commonly known to law enforcement as a "tally sheet" used by drug traffickers to keep track of quantities of controlled substances received and/or distributed.

12. Agents recovered an empty brown cardboard box from the nearby dumpster which FRINK had previously been seen to discard a cardboard box. The box recovered contained foam packing

3

peanuts, bubble wrap, and was similar in size and shape to the one recovered from the Cadillac Escalade. This cardboard box was scanned by the Baltimore County Police drug detection canine, which signaled a positive alert for the presence of controlled dangerous substances.

13. A subsequent field test of one of the compressed blocks of white powder was field tested and resulted in a positive indication for the presence of cocaine. The weight of the fourteen blocks of compressed white powder was approximately fifteen kilograms. Based on my training and experience, I know that this amount of cocaine is possessed with the intent to distribute it.

_____
Special Agent Thomas Martin
Drug Enforcement Administration

Sworn to before me this 28th day of October 2013.

_____
Honorable Beth P. Gesner
United States Magistrate Judge