RCK:USAO:2013R00792

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

CLERK'S OFFICE
AT BALTIMORE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. JFM-13-0617 |
| | : | (Possession with intent to |
| GEORGE SYLVESTER FRINK, Jr., | : | distribute cocaine, 21 U.S.C. |
| Defendant. | : | § 841(a)(1); Forfeiture, |
| | : | 21 U.S.C. § 853(a)(2)) |

...oOoOoOo...

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about October 25, 2013, in the District of Maryland, the defendant,

**GEORGE SYLVESTER FRINK, Jr.,**

did knowingly and intentionally possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The Grand Jury further finds that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count One, the defendant shall forfeit to the United States of America, any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation.

2. The property to be forfeited includes, but is not limited to, the following:

One black 2007 Cadillac Escalade, VIN 1GYFK63857R351141; and

One black 2008 Mercedes-Benz S550, VIN WDDNG86X78A209266.

21 U.S.C. § 853; Fed.R.Crim.P. 32.2(a).

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson
Date: 11/5/13